UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNETT LIONEL ROMANS,

    Petitioner,                          Civil Case No. 06-11330
                                                    Honorable Patrick J. Duggan

v.

MARY BERGHUIS,

    Respondent,
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on January 16, 2008.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

Petitioner Arnett Lionel Romans filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, which this Court subsequently denied on December 4, 2007. On January 2, 2008, Petitioner filed a notice of appeal and a motion for certificate of appealability. In his motion, Petitioner seeks a certificate of appealability with respect to the first and fourth claims that he raised in support of his request for habeas relief. Petitioner indicates that he is abandoning his second and third claims "because as a result of the State Court's evidentiary rulings, Petitioner will not be successful in obtaining Habeas relief on these claimed errors in Federal Court." (Mot. at 3.)

Section 2253 provides that a certificate of appealability may issue only if a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. §

2253(c)(2). As the Supreme Court has stated:

> "[T]he petitioner need not show that he should prevail on the merits. He has already failed in that endeavor. Rather, he must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner] or that the questions are 'adequate to deserve encouragement to proceed further.'"

*Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383, 3394 n.4 (1983) (quoting *Gordon v. Willis*, 516 F. Supp. 911, 913 (N.D. Ga. 1980)). As the Supreme Court more recently stated, when a district court denies a habeas petition on the merits of the claims, a certificate may issue if the petitioner demonstrates that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S. Ct. 1595, 1604 (2000).

This Court dismissed Petitioner's application for a writ of habeas on its merits. The Court concludes that reasonable jurists would not find its assessment of Petitioner's claims debatable or wrong. Accordingly, the Court holds that Petitioner is not entitled to a certificate of appealability and DENIES the request.

**SO ORDERED.**

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Arnett Lionel Romans, #160711
Carson City Correctional Facility
10522 Boyer Road
Carson City, MI 48811
Brad H. Beaver, Esq.